IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 122-109 |
| | * | |
| DERRICK DRURELL LONG | * | |

O R D E R

By Order of February 21, 2025, the Court explained to Defendant Derrick Drurell Long that it has no authority to afford relief based upon allegations that the Bureau of Prisons ("BOP") has not properly credited his federal sentence with time he has served in state custody. The Court explained that a judicial challenge to the BOP's length of sentence determination must be brought under 28 U.S.C. § 2241 in the district of the defendant's confinement. See Rumsfield v. Padilla, 542 U.S. 426, 447 (2004) ("Whenever a § 2241 habeas petitioner seeks to challenge his present physical custody within the United States, he should name his warden as respondent and file the petition in the district of confinement."); Fernandez v. United States, 941 F.2d 1488, 1495 (11th Cir. 1991). That means, Defendant must file a § 2241 petition in the Southern District of West Virginia after he has exhausted his administrative remedies with the BOP. Nevertheless, Defendant has filed two recent documents complaining about the BOP's

calculation of his sentence. Because the Court has no authority to substantively address this perceived issue, the motions (docs. 48 & 51) are hereby **DENIED**. To the extent Defendant seeks clarification of his sentence in this case, the Judgment and Commitment Order reflects the following imposed sentence:

> The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of: 56 months. This term of imprisonment shall be served concurrently with any term of imprisonment which may be imposed in the related Richmond County case, and concurrently with the probation revocation in Richmond County Superior Court, Docket Number 2018RCCR01369.

(Doc. 42, at 2.)

**ORDER ENTERED** at Augusta, Georgia this 24th day of April, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA